AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

**V.**

**JOHN DAVID WOOD**

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __September 19, 2005__ in __Washington, D.C.__ county, in the District of __Columbia__ defendant(s), (Track Statutory Language of Offense)

by intimidation, did attempt to take from the person or presence of another money belonging to, and in the care, custody, control, management and possession of Citibank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

in violation of Title __18__ United States Code, Section(s) __2113 (a)__.

I further state that I am __Thomas C. Warter, Special Agent with the Federal Bureau of Investigation (FBI)__ and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:     ☒ Yes     ☐ No

AUSA, Barbara Kittay (202) 514-6940
Sworn to before me and subscribed in my presence,

Signature of Complainant
Thomas C. Warter, Special Agent
Federal Bureau of Investigation (FBI)

_____         at     __Washington, D.C.__
Date                                                                City and State

_____         _____
Name & Title of Judicial Officer                     Signature of Judicial Officer