<u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>
JOHN DAVID WOOD, DOB xx-xx-53, PDID xxx-xxx

I, Thomas C. Warter, Special Agent (SA) with the Federal Bureau of Investigation (FBI), Washington Field Office (WFO), Washington, D.C. (hereinafter affiant), being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation. I have been so employed for nine (9) years and am currently assigned to the Bank Robbery Squad in Washington, D.C. I have participated in numerous investigations and search warrants resulting in the convictions of numerous defendants for robbery and other violent crimes.

2. This affidavit is submitted in support of a criminal complaint charging JOHN DAVID WOOD, date of birth xx-xx-53, PDID xxx-xxx, with for a violation of Title 18, United States Code, Section 2113(a) (Attempted Bank Robbery).

3. The facts and information contained in this affidavit are based upon my personal knowledge and the investigation and observations of other officers and agents involved in the investigation. All observations referenced below that were not personally made by me were related to me by the persons who made such observations. This affidavit contains information necessary to support probable cause for this application. It is not intended to include every fact and matter observed by me or known to the government. The facts and circumstances of the offense and subsequent identification of the suspect are listed below.

-2-

4.   On September 19, 2005, a lone black male walked into the Citibank, located at 3800 12th Street N.E., Washington, D.C. at approximately 1:00 p.m. and presented the victim teller with a demand note.  It read, "Jesus God Give me your money."  The teller was frightened and startled, and before s/he could respond, the individual sat down in the lobby.  He was still in the bank lobby when the police arrived; he was identified by the victim teller (who was crying) and detained; in addition, law enforcement officers recovered the note, still at the teller station where the demand was made.  The individual identified by the teller gave his name as JOHN DAVID WOOD, DOB xx-xx-53, with Social Security ID Number xxx-xx-4938.  This affiant is aware from prior investigations that the funds of Citibank are insured by the Federal Deposit Insurance Corporation.

5.   The criminal history of JOHN DAVID WOOD and discussions with individuals familiar with the prior court cases, indicate that the defendant has, on prior occasions, entered banks and unlawfully demanded money.  On November 4, 1996, he was charged with an attempted bank robbery, committed two weeks after he was paroled for a 1981 second degree manslaughter and arson (the conviction involved the beating death of his stepmother, and the burning of her residence).  The attempted bank robbery charge was dismissed, when the defendant agreed to be returned to Saint Elizabeth's Hospital.

-3-

6. Five years later, having been again released by St. Elizabeth's Hospital to a group home, on August 6, 2001, the same JOHN DAVID WOOD walked into the SunTrust Bank, located at 6422 Georgia Avenue, N.W., and handed a note to a bank teller which read: "In the name Jesus; This Is A Robbery: Give Me All Your Money!!! Thank you!!!!!!!" On that day, the defendant fled the bank as the terrified teller was attempting to comply. He was arrested on a warrant, eight (8) days later. According to the prosecutor who took the matter to trial, the defendant refused to raise a mental health defense, and the jury was unable to reach a verdict.

7. Upon his arrest today (September 19, 2005), the defendant said he is homeless; police records indicate that he is a "Missing Person Disability."

8. Based on the above listed facts and circumstances, your affiant respectfully submits that there is probable cause to believe that JOHN DAVID WOOD attempted to rob the Citibank at 3800 12th Street N.E., Washington, D.C., on September 19, 2005, in violation of Title 18, United States Code, Section 2113(a), and request an arrest warrant for that offense.

9. Based on the above information, I believe probable cause exists to conclude that JOHN DAVID WOOD, by intimidation, did attempt to take from the person or presence of another money, belonging to, and in the care, custody, control, management and

-4-

possession of Citibank, the deposits of which were then insured by the Federal Deposits Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

_____
Thomas C. Warter
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this ___ day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE