UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

v. : M-05-0503

JOHN DAVID WOOD :

FILED

SEP 3 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

The Court having found reasonable cause to believe that the defendant may be suffering from a mental disease or defect rendering him incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly with his defense, it is this 30th day of September, 2005, hereby,

ORDERED that the defendant be committed for thirty days to the custody of the Attorney General pursuant to 18 U.S.C. §§ 4241, 4247, for a psychiatric or psychological examination of the defendant; and it is further

ORDERED that following the examination a written report shall be filed pursuant to 18 U.S.C. § 4247 which shall include the examiner's opinion as to whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist in his defense.

09/30/05

John M. Facciola
United States Magistrate Judge