```
                    IN THE
         UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLUMBIA

                     * * *
```

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| **v.** | ) |
|  | ) CR NO 05-0503 (JMF) |
|  | ) |
| **JOHN D. WOOD,** | ) |
|  | ) |
| **Defendant.** | ) |
|  | ) |

## NOTICE OF CHANGE

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Tony L. Axam, Jr. assumed responsibility for the defense of Mr. Scott in the above-captioned case.

Mr. Mark Scott's case had previously been assigned to Assistant Federal Public Defender Mary Petras and has been reassigned to Mr. Tony L. Axam, Jr.

```
                              A.J. KRAMER
                              FEDERAL PUBLIC DEFENDER


                                    /s/
                              _____
                              Tony L. Axam, Jr.
                              Assistant Federal Public Defender
                              625 Indiana Avenue, N.W.
                              Suite 550
                              Washington, D.C.  20004
                              (202) 208-7500
```

**CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing instrument was electronically filed on the 5th Day of December 2005, to Barbara Kittay, to the Office of the United States Attorney for the District of Columbia, 555 4th Street, N.W., Washington, D.C. 20530.

                                /s/
By:_____
Tony L. Axam, Jr.