```
                            IN THE
                UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA

                            * * *
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     **v.** | ) |
| | ) CR NO 05-0503 (JMF) |
| | ) |
| **JOHN D. WOOD,** | ) |
| | ) |
|     **Defendant.** | ) |
| | ) |

## NOTICE OF CHANGE

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Tony L. Axam, Jr. assumed responsibility for the defense of Mr. Wood in the above-captioned case.

Mr. John D. Wood's case had previously been assigned to Assistant Federal Public Defender Mary Petras and has been reassigned to Mr. Tony L. Axam, Jr.

                                              A.J. KRAMER
                                              FEDERAL PUBLIC DEFENDER

                                                             /s/

Tony L. Axam, Jr.
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500

**CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing instrument was electronically filed on the 7th Day of December 2005, to Barbara Kittay, to the Office of the United States Attorney for the District of Columbia, 555 4th Street, N.W., Washington, D.C. 20530.

/s/
By:_____
Tony L. Axam, Jr.