UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-503M |
| v. | : | **FILED** |
| JOHN DAVID WOOD | : | FEB 0 8 2006 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

### O R D E R

This matter comes before the Court upon the unopposed application of the United States to commit the defendant for treatment to restore him to competency, pursuant to Title 18, United States Code, §4241(d). Upon consideration of the report of the Bureau of Prisons filed in this case, and the positions and of both parties consistent with that report, the court finds by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in the defense. Accordingly, it is hereby

ORDERED that the defendant is committed to the custody of the Attorney General for a reasonable period, not to exceed four (4) months, to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the prosecution to proceed, and for an additional reasonable period of time until (A) his mental



condition is so improved that trial may proceed, if the court finds that there is a substantial probability that within such additional period of time he will attain the capacity to permit the trial to proceed; or (B) the pending charges against him are disposed of according to law; whichever is earlier.

SO ORDERED, this __8th__ day of February, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Copies to:

Barbara E. Kittay
Assistant U.S. Attorney
555 Fourth Street, N.W., Rm. 4846
Washington, D.C. 20530

Tony Axam
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Rm. 550
Washington, D.C. 20004