AO 94 (Rev. 8/85)  Commitment to Another District

# United States District Court

_____ DISTRICT OF _____ _Maryland-Greenbelt_

| UNITED STATES OF AMERICA | **COMMITMENT TO ANOTHER** |
|---|---|
| v. | **DISTRICT** |

_Wayne Riggins_

CASE NUMBER:  _07-011_

_PO75168 MY90_

The defendant is charged with a violation of _____ U.S.C. _____ alleged to have been committed in the _Greenbelt_ District of _Maryland_

**FILED**

JAN 16 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Brief Description of Charge(s):

_Traffic Violation operating after suspension_

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

_1/16/07_

_Date_

_____
_Judicial Officer_

| **RETURN** | | | |
|---|---|---|---|
| This commitment was received and executed as follows: | | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL | |