**U.S. Department of Justice**
*United States Attorneys*

# United States District Court for the District of Columbia

**FILED**

APR 13 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.         Case No. 05 - 503 M

John Wood            **ORDER**

Upon oral motion of the ___parties___ to exclude ___78___ days in computing the time within which an indictment must be filed in the instant case, the Court finds that the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial, and the Court (~~sets forth in writing~~) or (orally sets forth) its reasons in the record at this time, and it is hereby

ORDERED, that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18, United States Code, § 3161(h)(8)(A)), that ___78___ days be excluded in computing the time within which an indictment must be filed in the instant case.

No objection

x _John D. Wood_
Defendant

_[signature]_
Defense Counsel

_[signature]_
Attorney for Government

executed on April 13, 2007
~~April~~
proposed control status
July 2, 2007 9:30 a.m.

_[signature]_
(United States Judge)
(United States Magistrate)

USA-D9 (Oct. 76)

COURT COPY